1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  LEE KELLY CLARKE, | Case No.  2:21-cv-01399-JAM-JDP (PC) |
| 12                Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| 13          v. | THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND |
| 14  SHASTA COUNTY SHERIFF'S DEPT., *et al.*, | FAILURE TO STATE A CLAIM |
| 15                Defendants. | OBJECTIONS DUE WITHIN FOURTEEN DAYS |
| 16 | |

17        On April 26, 2022, I screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A.

18  ECF No. 8.  Plaintiff was notified that it failed to state a claim and was granted thirty days either

19  to file an amended complaint or to notify the court that he wished to stand by his original

20  complaint.  *Id*.  He was also warned that failure to comply with that order could result in

21  dismissal of this action.  *Id*. at 4.

22        The deadline has passed, and plaintiff has not filed an amended complaint or otherwise

23  responded to the April 26, 2022 order.[1]  Accordingly, it is hereby RECOMMENDED that:

24        1.  This action be dismissed for failure to prosecute, failure to comply with court orders,

25  and failure to state a claim for the reasons set forth in the April 26, 2022 order.  *See* ECF No. 8.

26

27        [1] Although it appears from the file that plaintiff's copy of the April 26, 2022 order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents

28  at the record address of a party is fully effective.

2.  The Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C.
§ 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court,
Eastern District of California.  The parties may, within 14 days of the service of the findings and
recommendations, file written objections to the findings and recommendations with the court.
Such objections should be captioned "Objections to Magistrate Judge's Findings and
Recommendations."  The district judge will review the findings and recommendations under 28
U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:    May 31, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2